DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| STIPP, CHRISTOPHER J. | ) | CASE NO. 2:09-bk-01602-RTB |
| STIPP, SHERRY, | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 3 | PHOENIX PEST CONTROL<br>PO BOX 11067<br>PHOENIX AZ 85061 | $4.40 |
| 9 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba GAP VISA CARD<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $2.85 |

*March 28, 2011*  　　　　　　　　　　　*/s/ David M. Reaves*
DATE　　　　　　　　　　　　　　　　David M. Reaves, Trustee